LAW OFFICES OF NATHANIEL POTRATZ
NATHANIEL POTRATZ (Cal. Bar No. 215734)
Gordon Bones (Cal. Bar No. 147679)
4790 Dewey Drive, Suite A
Fair Oaks, California 95628
Telephone:   (916) 962-2780
Facsimile:   (916) 962-2705

Attorneys for Plaintiff
BENJAMIN HERTE


JACKSON LEWIS LLP
JAMES T. JONES (Cal. Bar No. 167967)
NATHAN W. AUSTIN (Cal. Bar No. 219672)
801 K Street, Suite 2300
Sacramento, California 95814
Telephone:   (916) 341-0404
Facsimile:   (916) 341-0141

Attorneys for Defendants
GUITAR CENTER, INC.
and JOSE BLANCO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| BENJAMIN HERTE,<br><br>  Plaintiffs,<br><br>  vs.<br><br>GUITAR CENTER, Inc., a corporation; JOSE BLANCO, in his official and/or agency capacity, and not his individual capacity; DOES 1-10, inclusive<br><br>  Defendants. | Case No. CIV.S-07-02388 WBS EFB<br><br>**JOINT STIPULATION AND ORDER TO CONTINUE PRETRIAL SCHEDULING CONFERENCE**<br><br><br>Complaint Filed:   11/06/07<br>Trial Date:   None |

The parties to this action, by and through their respective counsel of record, enter into the within stipulation based on the following facts:

1. The current date for the Pretrial Scheduling Conference is set for December 17, 2007, at 2:00 p.m.

///

1

2. Defendants acknowledge service of the Complaint on November 26, 2007.

3. The parties will have inadequate time to prepare for the currently scheduled Pretrial Scheduling Conference because Defendants' responsive pleading is due on December 17, 2007, the same day as the currently scheduled Pretrial Scheduling Conference.

THEREFORE, the parties, by and through their respective counsel of record, hereby stipulate as follows:

The Court's Pretrial Scheduling Conference, currently scheduled for December 17, 2007, at 2:00 p.m., be continued to **January 28, 2008 at 2:00 p.m**.

IT IS SO STIPULATED.

Date:  December __, 2007                LAW OFFICES OF NATHANIEL POTRATZ

                                        By:_____
                                           NATHANIEL POTRATZ
                                           GORDON BONES

                                        Attorneys for Plaintiff
                                        BENJAMIN HERTE

Date:  December __, 2007                JACKSON LEWIS LLP

                                        By:_____
                                           JAMES T. JONES
                                           NATHAN W. AUSTIN

                                        Attorneys for Defendants
                                        GUITAR CENTER, INC.
                                        and JOSE BLANCO

**ORDER**

GOOD CAUSE APPEARING,

The Court's Pretrial Scheduling Conference, currently scheduled for December 17, 2007, at 2:00 p.m. is continued to **January 28, 2008 at 2:00 p.m**

IT IS SO ORDERED.

Date:  December 7, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE