1  NATHANIEL POTRATZ, ESQ., SBN 215734
   LAW OFFICES OF NATHANIEL POTRATZ
2  4790 Dewey Drive, Suite A
   Fair Oaks, California 95628
3  Telephone:     (916) 962-2780
   Facsimile:     (916) 962-2705
4
   Attorney for Plaintiff, Benjamin Herte
5

6                    **UNITED STATES DISTRICT COURT**
7
                **EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO**
8

9  BENJAMIN HERTE,                      )   **Case No.:CIV.S-07-02388 WBS EFB**
                                        )
10              Plaintiff,              )   **STIPULATION TO CONTINUE EXPERT**
                                        )   **DISCLOSURES AND REPORTS; ORDER**
11        vs.                           )   **THEREON**
                                        )
12  GUITAR CENTER, INC., a corporation; )   Courtroom:    5
    JOSE BLANCO, in his official and/or )   Honorable:    William B. Shubb
13  agency capacity, and not his individual )
    capacity; DOES 1-10, inclusive,     )
14                                       )
                Defendants.              )
15  _____ )

16

17

18

19

20

21

22

23

24

25

26

27

28

-1-

**Stipulation to Continue Expert Disclosures and Reports**

Counsel for Plaintiff, Benjamin Herte, and for Defendants, Guitar Center, Inc. and Jose Blanco, have met and conferred regarding the need for a continuance of the expert disclosures and expert reports deadline in this action and agree that:

1. Both parties have agreed to mediation to be held on June 12, 2008, with Ramsay Wiesenfeld and believe that mediation would be worthwhile.

2. Both parties agree that a continuance of the deadline for expert disclosures and expert reports is appropriate to defer experts' fees and costs until after the mediation. As a result, the parties jointly request the Court postpone the expert disclosures and reports to allow the parties the opportunity to discuss settlement and mediate this case:

COUNSEL FOR PLAINTIFF AND COUNSEL FOR DEFENDANT HEREBY STIPULATE THAT THE DEADLINE FOR DISCLOSURES OF PLAINTIFF'S EXPERTS AND REPORTS CURRENTLY SCHEDULED FOR MAY 2, 2008, BE CONTINUED TO AUGUST 20, 2008, AND THE DEADLINE FOR DISCLOSURE OF DEFENDANTS' EXPERTS AND REPORTS CURRENTLY SCHEDULED FOR MAY 16, 2008, BE CONTINUED TO SEPTEMBER 4, 2008.

DATED: May 1, 2008                    JACKSON LEWIS, LLP

By:   /s/ NATHAN AUSTIN
NATHAN AUSTIN
Attorney for Defendants

DATED: May 1, 2008                    LAW OFFICES OF NATHANIEL POTRATZ

By:   /s/ NATHANIEL POTRATZ
NATHANIEL POTRATZ
Attorney for Plaintiff

ORDER

Based upon stipulation of the parties, and good reason appearing, IT IS SO ORDERED.

DATED:  May 2, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stipulation to Continue Expert Disclosures and Reports