LAW OFFICES OF NATHANIEL POTRATZ
NATHANIEL POTRATZ (Cal. Bar No. 215734)
4790 Dewey Drive, Suite A
Fair Oaks, California 95628
Telephone:    (916) 962-2780
Facsimile:    (916) 962-2705

Attorneys for Plaintiff
BENJAMIN HERTE

JACKSON LEWIS LLP
JAMES T. JONES (Cal. Bar No. 167967)
NATHAN W. AUSTIN (Cal. Bar No. 219672)
801 K Street, Suite 2300
Sacramento, California 95814
Telephone:    (916) 341-0404
Facsimile:    (916) 341-0141

Attorneys for Defendants
GUITAR CENTER, INC.
and JOSE BLANCO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| BENJAMIN HERTE,<br><br>             Plaintiffs,<br><br>     vs.<br><br>GUITAR CENTER, Inc., a corporation; JOSE BLANCO, in his official and/or agency capacity, and not his individual capacity; DOES 1-10, inclusive<br><br>             Defendants. | Case No. CIV.S-07-02388 WBS EFB<br><br>**STIPULATION FOR DISMISSAL AND ~~PROPOSED~~ ORDER**<br><br><br><br>Complaint Filed:    November 6, 2007<br>Trial Date:             June 9, 2009 |

TO THE UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA:

Plaintiff BENJAMIN HERTE and Defendants GUITAR CENTER, INC., and JOSE BLANCO hereby request that this matter be dismissed with prejudice, in its entirety, with each party to bear their own costs and attorneys' fees.

///

IT IS SO STIPULATED.

Date: August  6 , 2008                                LAW OFFICES OF NATHANIEL POTRATZ

By:   /s/
       NATHANIEL POTRATZ

Attorneys for Plaintiff
BENJAMIN HERTE

Date: August  6

By:   /s/
       JAMES T. JONES
       NATHAN W. AUSTIN

Attorneys for Defendants
GUITAR CENTER, INC.
and JOSE BLANCO

### **ORDER**

GOOD CAUSE APPEARING,

This matter is dismissed with prejudice.  Each party will bear their own costs and attorneys' fees.

IT IS SO ORDERED.

Date: August 7, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2

Stipulation For Dismissal
and Proposed Order                                                             Case No. CIV.S-07-02388 WBS EFB